# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| WAYNE PRICE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON STATE PATROL, and BENJAMIN J. CRABTREE, an individual in his official capacity only,<br><br>Defendants. | NO. 3:20-cv-05747<br><br>NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT |

TO: WAYNE PRICE, Plaintiff

TO: BARRY WALLIS AND CAMBRIA QUEEN, Plaintiff's Attorney

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed in the United States District Court for the Western District of Washington on July 27, 2020. A copy of the Notice of Removal is attached to this Notice, and is served and filed herewith.

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

1     DATED this 27th day of July, 2020.

ROBERT W. FERGUSON
Attorney General

*s/ Debra Lefing*

DEBRA LEFING, WSBA No. 53344
OID #91023
Assistant Attorney General
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300
Debra.Lefing@atg.wa.gov

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT      2      ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300

# CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2020, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Barry J. Wallis
Cambria Queen
Wallis Law Firm, PLLC
1101 Fawcett Avenue, Suite 300
Tacoma, WA  989402
Barry@WallisLawFirm.com
queen@wallislawfirm.com

DATED this 27th day of July, 2020.

                ROBERT W. FERGUSON
                Attorney General

                *s/ Debra Lefing*

                DEBRA LEFING, WSBA No. 53344
                Assistant Attorney General
                Attorneys for Defendants

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
7141 Cleanwater Drive SW
PO Box 40126
Olympia, WA 98504-0126
(360) 586-6300