# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| WAYNE PRICE,<br><br>    Plaintiff,<br><br>  v.<br><br>WASHINGTON STATE PATROL;<br>and BENJAMIN J. CRABTREE, in his<br>official capacity,<br><br>    Defendants. | C20-5747 TSZ<br><br>ORDER |

Plaintiff's motion, docket no. 10, for voluntary dismissal of this action is GRANTED. Plaintiff's other pending motion, docket no. 7, for leave to amend the complaint, is STRICKEN as moot. This matter is hereby DISMISSED pursuant to Federal Rule of Civil Procedure 41(a)(2). The Clerk is directed to CLOSE this case and to send a copy of this Order to all counsel of record.

IT IS SO ORDERED.

Dated this 24th day of September, 2020.

/s/ Thomas S. Zilly
Thomas S. Zilly
United States District Judge

ORDER - 1